1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C.**
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **PETER WOLFE,** | Case No.: 5:16-CV-04654-LHK |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT WITH DEFENDANT USAA FEDERAL SAVINGS BANK |
| USAA FEDERAL SAVINGS BANK; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Peter Wolfe and defendant USAA Federal Savings Bank by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days.

Dated:   April 4, 2017

                              **Sagaria Law, P.C.**
                              /s/ *Elliot Gale*
                              Elliot Gale
                              Attorneys for Plaintiff
                              Peter Wolfe

NOTICE OF SETTLEMENT - 1