SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PETER WOLFE, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 4:16-CV-04654-LHK <br><br> STIPULATION TO DISMISS DEFENDANT USAA FSB; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Peter Wolfe and defendant USAA FSB , that USAA FSB be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  April 28, 2017         Sagaria Law, P.C.

By: */s/ Elliot W. Gale*
    Elliot W. Gale
Attorneys for Plaintiff
Peter Wolfe

DATED:  April 28, 2017         Hayes Scott Bonino Ellingson & McLay, LLP

By: */s/ Joshua Kastan*
    Joshua Kastan
Attorneys for Defendant
USAA FSB

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joshua Kastan has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant USAA FSB is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 1, 2017         *Lucy H. Koh*
                                       LUCY H. KOH
                                       UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT USAA FSB; ~~PROPOSED~~ ORDER - 2